IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARIO ANDJUAN PEEPLES,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-00657-WS-B |
| **MOBILE COUNTY SHERIFF'S DEPARTMENT,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 4th of January, 2010.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE